# Court of Appeals of the State of Georgia

ATLANTA, June 25, 2014

*The Court of Appeals hereby passes the following order:*

## A14A1925. PIERRE R. CAZEAU et al. v. IH2 PROPERTY GEORGIA, L.P.

IH2 Property Georgia filed a dispossessory action in magistrate court against Pierre and Darcy Cazeau. After the magistrate court ruled against them, the Cazueas appealed to the superior court, which entered a final judgment and writ of possession in favor of IH2 Property Georgia. The Cazeaus filed this direct appeal,[1] but we lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, the Cazeaus were required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/25/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , Clerk.

---

[1] They filed the appeal in the Supreme Court, which transferred the case to this Court.